FILED by ___ D.C.
ELECTRONIC
NOV 24, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO:

**08-23257-CIV-GRAHAM/TORRES**

LOUIS RANGEL

    Plaintiff,

vs.

UNIVERSAL DATA SERVICES, LLC

    Defendant.

_____/

**COMPLAINT**

COMES NOW the Plaintiff LOUIS RANGEL, by and through his undersigned counsel, and sues the Defendant UNIVERSAL DATA SERVICES, LLC, and alleges as follows:

1. Plaintiff LOUIS RANGEL ("RANGEL") is an individual who resides in Miami-Dade County, Florida.

2. Defendant UNIVERSAL DATA SERVICES, LLC ("UNIVERSAL") is a limited liability company whose principal office is located in Missouri and who, at all times relevant hereto, did business in Miami-Dade County, Florida.

3. This Court has jurisdiction over the dispute pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k.(d). This Court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. §1367.

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(b) since this is the judicial district in which a substantial part of the events or

CASE NO:

omissions giving rise to the claim occurred and/or the Defendant resides in this district.

5. At all times relevant hereto the Defendant UNIVERSAL was a "debt collector" within the meaning of 15 U.S.C. §1692a.(6).

6. On or about September 18, 2008 the Defendant UNIVERSAL sent a debt collection notice to the Plaintiff RANGEL. A copy of the notice is attached as Exhibit "A".

7. On September 30, 2008 counsel for RANGEL responded, in writing, to the debt collection notice from UNIVERSAL. The letter, a copy of which is attached as Exhibit "B", sought, among other things, verification of the debt. The letter further advised the Defendant UNIVERSAL that all future correspondence from UNIVERSAL be directed exclusively to counsel. The letter states as follows:

> "Finally, our client requests that all future correspondence from your organization be direct exclusively to our firm."

8. Notwithstanding the fact that the Defendant debt collector had actual knowledge that the Plaintiff consumer was represented by an attorney and was specifically advised that all future communications be directed exclusively to the attorney, on November 11, 2008 the Defendant UNIVERSAL wrote a letter directly communicating with the Plaintiff. A copy of the November 11, 2008 letter is attached hereto as Exhibit "C".

9. Plaintiff has retained the services of the undersigned counsel and has agreed to pay counsel a reasonable fee for its services.

*CASE NO:*

## COUNT I – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

10. Plaintiff repeats and realleges Paragraphs 1 through 9 of this complaint as if fully set forth herein.

11. By communicating with the Plaintiff at the time the Defendant debt collector knew the Plaintiff was represented by counsel and had been advised to exclusively communicate with counsel, the Defendant violated 15 U.S.C. §1692c.(a)(2).

12. By reason of the foregoing the Defendant UNIVERSAL is liable, under 15 U.S.C. §1692k., for the actual damages sustained by Plaintiff together with such additional statutory damages as the Court may allow up to $1,000 together with the costs of this action and reasonable attorney's fees.

WHEREFORE the Plaintiff LOUIS RANGEL demands judgment against the Defendant UNIVERSAL DATA SERVICES, LLC for actual damages, statutory damages, the costs of this action, reasonable attorney's fees and such other and further relief as to the Court may seem just and proper.

## COUNT II – VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT

13. Plaintiff repeats and realleges paragraphs 1 through 9 of this complaint as if fully set forth herein.

14. By communicating with the Plaintiff at the time the Defendant knew the Plaintiff was represented by counsel and had been advised to exclusively communicate with counsel, the Defendant violated F.S. §559.72(18).

15. By reason of the foregoing the Defendant UNIVERSAL is liable, under F.S. §559.77(2), for the actual damages sustained by Plaintiff together

*CASE NO:*

with such additional statutory damages as the Court may allow up to $1,000 together with the costs of this action and reasonable attorney's fees.

WHEREFORE the Plaintiff LOUIS RANGEL demands judgment against the Defendant UNIVERSAL DATA SERVICES, LLC for actual damages, statutory damages, the costs of this action, reasonable attorney's fees and such other and further relief as to the Court may seem just and proper.

DATED this 18TH day of November, 2008.

By: _____
ROBERT G. POST, ESQ.
Florida Bar No: 0789909
**POST & ROMERO**
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 445-0014
Facsimile: (305) 445-6872
Attorneys for the Plaintiff
LOUIS RANGEL

```
              UNIVERSAL DATA SERVICES, LLC
                    702 FELIX STREET
                  ST. JOSEPH, MO 64501
                     (866) 429-4425
```

Re: Freedom Boat Club
Account# : 304684

                                        DATE      09/18/08

                                        BALANCE   $ 13649.54

LOUIS RANGEL
6200 CHAPMAN FIELD DR
PINECREST FL   33156


   Your account has been assigned to this agency for collections for the balance and client listed above. Unless you notify this office in 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing in 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment against you if any, and mail a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.


Regards,

Universal Data Services, LLC
Collection Department
(866) 429-4425

                   ***************************


This is an attempt to collect a debt. Any information obtained will be used for that purpose.


001



EXHIBIT "A"

### POST & ROMERO

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

3195 PONCE DE LEON BOULEVARD
SUITE 400
CORAL GABLES, FLORIDA 33134
TEL: (305) 445-0014
FAX: (305) 445-6872

LAW OFFICE OF
CARLOS A. ROMERO, JR., P.A.

CARLOS A. ROMERO, JR.
ADMITTED: FLORIDA, ILLINOIS, PUERTO RICO

ROBERT G. POST, P.A.

ROBERT G. POST
ADMITTED: FLORIDA, NEW YORK

September 30, 2008

Universal Data Services, LLC
702 Phoenix Street
St. Joseph, MO 64501

**RE: LUIS V. RANGEL – FREEDOM YACHT AND BOAT CLUB**

Dear Gentlemen:

You recently sent a letter dated September 18, 2008 to our client demanding payment of a balance in the amount of $13,649.54.

Our office represents Luis Rangel.

First, a demand is made that you disclose the current and original creditor of this debt.

Second, a demand is made that you obtain "verification" of the debt.

Third, Mr. Rangel does not owe this amount at all for two reasons. Mr. Rangel has declared the agreement null and void, as a result of which the creditor (whomever that person may be) owes Mr. Rangel an amount in excess of $4,000. Also, Mr. Rangel has rescinded the contract based on materially misleading information. As it turns out, Freedom Yacht and Boat Club, Inc. (which represents itself to be a Florida corporation) apparently does not and has never existed in the Florida Department of State, Division of Corporations. Thus, there is no debt.

Fourth, a demand is made that you correct any disparaging remarks on the credit of Mr. Rangel and that you disclose the names and addresses of each recipient of such credit disparaging communication that you may have delivered or disseminated directly or through others. To correct this situation, further demand is made that you publish to each such recipient the following legend:



Universal Data Services, LLC
September 30, 2008
Page 2

The claim of and by Freedom Yacht and Boat Club, Inc. is not owed by Mr. Luis Rangel; because the alleged contract has been declared null and void, and the original contracting entity apparently has never existed.

Fifth, a demand is made that your entity as an out of state debt collector, must show proof that it is registered with the Florida Office of Regulation as required by Chapter 559.55. In the alternative, if you are exempt from registration, we ask that you specifically disclose the basis of your exemption. If you are not exempt, you are in violation of Florida Statutes, and by statute, our client is entitled to minimum statutory damage of $1,000 and legal fees (also by statute) for which immediate payment is hereby made against your organization. Please contact our office to arrange payment of $1,000, or such amount as we might mutually agree, to avoid filing suit in local court.

Finally, our client requests that all future correspondence from your organization be direct exclusively to our firm.

If you have any questions, please let me know.

Sincerely yours,

POST & ROMERO

Carlos A. Romero, Jr.
For the Firm

CAR/la

cc: Luis V. Rangel

Clients\Luis Rangel/Freedom Yacht and Boat Club/Ltr Universal Data 092908

# UNIVERSAL DATA SERVICES, LLC

702 FELIX ST. · ST. JOSEPH, MO 64501
PHONE 816-233-2299/866-429-4425 · FAX 816-236-2812

LOUIS RANGEL
6200 CHAPMAN FIELD
PINECREST, FL 33156

ACCOUNT: 304684
BALANCE: $13851.50
CLIENT: FREEDOM BOAT CLUB

NOVEMBER 11, 2008

LOUIS RANGEL,

    I HAVE RECEIVED YOUR LETTER REQUESTING VALIDATION FOR YOUR DEBT. AFTER REVIEWING YOUR CONTRACT (ENCLOSED) I HAVE FOUND THAT YOUR DEBT IS STILL OWED TO OUR CLIENT, FREEDOM BOAT CLUB. PLEASE FORWARD BALANCE IN FULL TO THE ADDRESS LISTED BELOW. IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT ME AT 866-429-4425.

UNIVERSAL DATA SERVICES
PO BOX 148
ST. JOSEPH, MO 64502

SINCERELY,

*Jessica Grant*

JESSICA GRANT
SUPERVISOR
UNIVERSAL DATA SERVICES

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



EXHIBIT "C"

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

NOV 24, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### I. (a) PLAINTIFFS
LOUIS RANGEL

### DEFENDANTS
UNIVERSAL DATA SERVICES, LLC

(b) County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert G. Post, Esq., Post & Romero
3195 Ponce de Leon Blvd., Suite #400
Coral Gables, FL 33134  Tel: (305) 445-0014

Attorneys (If Known)

(d) Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Miami  08CV23257

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI |  |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                                DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Violation of Fair Debt Collection Practices Act   15 U.S.C. §1692 et. al.

LENGTH OF TRIAL via 1/2 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
s/ [signature]  278190?
DATE November 18, 2008

FOR OFFICE USE ONLY
AMOUNT $990805  RECEIPT # 990805  IFP

11/24/08